SEALED    FILED
AUG 1 5 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-mj-2172

IN RE: SEARCH WARRANT FOR :
                            :
                            :   ORDER TO SEAL
                            :   APPLICATION AND
                            :   AFFIDAVIT FOR
4924 Reconciliation Drive   :   SEARCH WARRANT
Raleigh, North Carolina 27603 :

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, and the Motion to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office and the U.S. Department of State.

This the 15 day of August, 2014.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE