UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-2172

IN RE: SEARCH WARRANT FOR       :
                                :
                                :
                                :       ORDER
                                :
4924 Reconciliation Drive       :
Raleigh, North Carolina 27603   :

This case comes before the Court on the motion by the Government to unseal the application and affidavit for search warrant. The Government represents that the search warrant has been executed and the defendant has been indicted thereby rendering moot the need to maintain these documents under seal as set forth in the original motion to seal.

Having duly considered the motion, and for good cause shown, the Court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant and provide a certified copy of this Order to the United States Attorney's Office

Dated: March 15, 2016

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge

Case 5:14-mj-02172-JG   Document 7   Filed 03/15/16   Page 1 of 1